UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 2:14-cv-03 (WOB-CJS)

JEFFERY JOHNSON, ET AL.                                  PLAINTIFFS

VS.                              ORDER

CAPITAL ONE AUTO FINANCE,
INC., ET AL.                                            DEFENDANTS

Pursuant to the Court's order of March 10, 2015 (Doc. 66), the parties having reached a settlement in this matter, and the Court being advised,

IT IS ORDERED:

1.   That the within matter be, and it is, hereby **dismissed**, as settled, and **stricken** from the docket of this Court; and

2.   That plaintiff's motion for partial summary judgment (Doc. 56) and motion to strike response (Doc. 60), be, and hereby are, **denied as moot**.

This 14th day of April, 2015.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge